IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DE-ERIC COOPER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:22-cv-701-M |
| | § | |
| RS CLARK & ASSOCIATES, INC., | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that Defendant RS Clark & Associates, Inc.'s motion to dismiss [Dkt. No. 5] is GRANTED under Federal Rule of Civil Procedure 12(b)(1) and this case is DISMISSED for lack of subject matter jurisdiction.

SIGNED this 6th day of February, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE